Elizabeth M. Varela
VARELA LAW FIRM PLLC
401 North 24th Street
Billings, Montana 59101
Telephone: 406.534.4872
liz@varelalawfirmpllc.com

*Attorney for Plaintiff Hazel Noonan*

Kathleen D. Weron
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
15 West South Temple, Suite 950
Salt Lake City, UT 84101
Telephone: 801.658.6100
Facsimile:  385.360.1707
kathleen.weron@ogletree.com

Rebecca M. Lindell
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2000 S. Colorado Boulevard
Tower Three, Suite 900
Denver, CO  80222
Telephone:  303.764.6800
Facsimile:   303.831.9246
rebecca.lindell@ogletree.com

*Attorneys for Attorneys for Defendants EH Health Hospice of the Northwest, LLC p/k/a Encompass Health Hospice of the Northwest, LLC; Enhabit Hospice*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| HAZEL NOONAN,<br><br>             Plaintiff,<br><br>    vs.<br><br>EH HEALTH HOSPICE OF THE NORTHWEST, LLC p/k/a ENCOMPASS HEALTH HOSPICE OF THE NORTHWEST, LLC; ENHABIT HOME HEALTH; ENHABIT HOSPICE; and DOES 1-10,<br><br>             Defendants. | Case No. 6:24-cv-00061-SPW<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Hazel Noonan and Defendants EH Health Hospice of the Northwest, LLC p/k/a Encompass Health Hospice of the Northwest, LLC, d/b/a Enhabit Hospice, Enhabit Home Health, and Enhabit Hospice (collectively, the "Parties"), by and through their undersigned counsel of record, jointly stipulate to the dismissal of this action with prejudice, with each party to bear her or its own fees and costs.

Respectfully submitted this 16th day of December, 2025.

| | |
|---|---|
| VARELA LAW FIRM PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| *s/ Elizabeth M. Varela* <br> Elizabeth M. Varela <br> 401 North 24th Street <br> Billings, Montana 59101 <br> Telephone: 406.534.4872 <br> liz@varelalawfirmpllc.com | *s/ Rebecca Lindell* <br> Kathleen D. Weron <br> 15 West South Temple, Suite 950 <br> Salt Lake City, UT 84101 <br> Telephone: 801.658.6100 <br> Facsimile: 385.360.1707 <br> kathleen.weron@ogletree.com <br><br> Rebecca M. Lindell <br> 2000 S. Colorado Boulevard <br> Tower Three, Suite 900 <br> Denver, CO 80222 <br> Telephone: 303.764.6800 <br> Facsimile: 303.831.9246 <br> rebecca.lindell@ogletree.com |
| *Attorney for Plaintiff Hazel Noonan* | *Attorneys for Defendants EH Health Hospice of the Northwest, LLC p/k/a Encompass Health Hospice of the Northwest, LLC; Enhabit Hospice* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December, 2025, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which shall send a copy of same to:

Elizabeth M. Varela
Varela Law Firm PLLC
401 North 24th Street
Billings, MT 59101
liz@varelalawfirmpllc.com

**ATTORNEYS FOR PLAINTIFF**

                                  */s/ Rebecca M. Lindell*
                                  Rebecca M. Lindell