IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

|  |  |
|---|---|
| HAZEL NOONAN,<br><br>        Plaintiff,<br><br>vs.<br><br>EH HEALTH HOSPICE OF THE NORTHWEST, LLC p/k/a ENCOMPASS HEALTH HOSPICE OF THE NORTHWEST, LLC; ENHABIT HOME HEALTH; ENHABIT HOSPICE; AND DOES 1-10,<br><br>        Defendants. | CV 24-61-H-SPW<br><br>ORDER |

Upon the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 19), by and between their counsel of record,

**IT IS HEREBY ORDERED** that the above-entitled cause is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees.

**IT IS FURTHER ORDERED** that the Final Pretrial Conference set for February 25, 2026 at 1:30 p.m. and the Jury Trial set for Monday, March 9, 2026, are **VACATED.**

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 16th day of December, 2025.

SUSAN P. WATTERS
United States District Judge